# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 7:25-CV-00347-DC |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

COMES NOW Nathaniel St. Clair, II who is admitted or otherwise authorized to practice in this Court, and hereby enters his appearance as counsel on behalf of Defendant Google LLC.

Date: August 15, 2025

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: */s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II

46370642v.1