**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § § § | |
| Plaintiff, | § § | Civil Action No. 7:25-CV-00347-DC |
| v. | § § | |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>

Defendant Google LLC respectfully moves this Court to extend the date by which to answer, plead, or otherwise respond to Plaintiff VirtaMove Corp.'s Complaint ("Complaint"). Defendant was served on August 13, 2025, making its response to Plaintiff's Complaint due Wednesday, September 3, 2025.

Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by sixty (60) days to Monday, November 3, 2025. Defendant has good cause to make this request because counsel for Google LLC requires additional time to retain lead counsel and research the allegations in the case to respond to the Complaint. Plaintiff does not oppose the Motion.

This extension is not sought for purposes of delay, but so that justice may be done.

Date: August 15, 2025                    Respectfully submitted,

                                         JACKSON WALKER L.L.P.

                                         */s/ Nathaniel St. Clair, II*
                                         Nathaniel St. Clair, II
                                         Texas State Bar No. 24071564
                                         nstclair@jw.com
                                         2323 Ross Avenue, Suite 600
                                         Dallas, Texas 75201
                                         (214) 953-6000
                                         (214) 953-5822 (facsimile)

                                         Katharine Lee Carmona
                                         Texas State Bar No. 00787399
                                         kcarmona@jw.com
                                         100 Congress Avenue, Suite 1100
                                         Austin, Texas 78701
                                         (512) 236-2000
                                         (512) 236-2002 (facsimile)

                                         *Counsel for Defendant Google LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that Jackson Walker L.L.P. counsel conferred by electronic mail with opposing counsel on August 15, 2025, concerning this Motion, to which opposing counsel responded that Plaintiff was not opposed to the request for additional time.

                              */s/ Nathaniel St. Clair, II*
                              Nathaniel St. Clair, II

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 15, 2025, a true and correct copy of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

<u>*/s/ Nathaniel St. Clair, II*</u>
Nathaniel St. Clair, II