**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| VIRTAMOVE CORP., | § § § | Civil Action No. 7:25-CV-00347-DC |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | |
| Defendant. | § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be granted. Accordingly,

IT IS ORDERED that Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendant Google LLC shall have up to and including November 3, 2025, to respond to Plaintiff's Complaint.

SIGNED this _____ day of _____, 2025.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE