# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | § <br> § <br> § Civil Action No. 7:25-CV-00347-DC <br> § <br> § <br> § <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § <br> § |

## NOTICE OF APPEARANCE

COMES NOW Katharine Lee Carmona who is admitted or otherwise authorized to practice in this Court, and hereby enters her appearance as counsel on behalf of Defendant Google LLC.

Date: August 15, 2025

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: */s/ Katharine L. Carmona*
Katharine Lee Carmona
Texas State Bar No. 00787399
kcarmona@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Katharine L. Carmona*
Katharine Lee Carmona

46370612v.1