**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00347-DC-DTG** |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant,* | § | |

**ORDER GRANTING-IN-PART FIRST MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 8)**

Before the Court is the defendant, Google LLC's first unopposed motion for an extension of time to respond to the complaint (Dkt. No. 8). The defendant requests a sixty (60) day extension of time to respond to the plaintiff's complaint. Having considered the motion, the Court finds that the motion should be **GRANTED-IN-PART**. The defendant's deadline to respond to the complaint is hereby extended by forty-five (45) days.

It is **ORDERED** that the defendant, Google LLC, shall respond to the complaint on or before October 20, 2025.

**SIGNED** this 21st day of August, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE