| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>   *Telephone No:* 310-826-7474<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4874-002J | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Western District of Texas | | |
| *Plaintiff:* VIRTAMOVE, CORP.<br>*Defendant:* GOOGLE LLC | | |

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>7:25-cv-00347 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement Against Google LLC; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement; Order And Advisory; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: GOOGLE LLC c/o Becky DeGeorge
   b. Person served: Alex Jenkins, CSC Lawyers Incorporating Service, Agent for Service of Process, Authorized to Accept

4. Address where the party was served: 2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Wed, Aug 13 2025 (2) at *(time)*: 01:56 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other) :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: GOOGLE LLC
   under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
   | [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
   | [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
   | [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
   | [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
   | [X] other: Limited Liability Company | |



| | | |
|---|---|---|
| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE SUMMONS** | *13931607*<br>*(17401545)*<br>Page 1 of 2 |

| Plaintiff: VIRTAMOVE, CORP. | Case Number: |
|---|---|
| Defendant: GOOGLE LLC | 7:25-cv-00347 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Michael Morris
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $271.47
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
          (i) ☐ owner  ☐ employee  ☒ independent contractor
          (ii) Registration No: 2012-33
          (iii) County: Sacramento

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

09/02/2025
(Date)

Michael Morris

| Judicial Council Form POS-010 | PROOF OF SERVICE SUMMONS | 13931607 |
|---|---|---|
| Rule 2.150.(a)&(b) Rev January 1, 2007 | | (17401545) |
| | | Page 2 of 2 |