UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § § § | |
| Plaintiff, | § § § | Civil Action No. 7:25-CV-00347-DC |
| v. | § § | |
| GOOGLE LLC, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**UNOPPOSED MOTION TO WITHDRAW ATTORNEY**

On behalf of Google LLC, the undersigned respectfully requests withdrawal of Katharine Lee Carmona as attorney of record for Defendant. Defendant will continue to be represented by Nathaniel St. Clair, II with the firm of Jackson Walker L.L.P., who remain as counsel of record. There will be no disruption in the representation of Defendant.

DATED: October 17, 2025.        Respectfully submitted,

                                                         JACKSON WALKER LLP

BY:   */s/ Nathaniel St. Clair, II*
       Nathaniel St. Clair, II
       Texas State Bar No. 24071564
       2323 Ross Avenue, Suite 600
       Dallas, TX 75201
       Tel: (214) 953-5948
       Fax: (214) 953-5822
       nstclair@jw.com

*Counsel for Defendant Google LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred by electronic mail with opposing counsel by email on October 17, 2025, concerning this Motion, to which opposing counsel responded on that same date that Plaintiff was not opposed to the Unopposed Motion to Withdraw Attorney Katharine Lee Carmona.

                                                         */s/ Nathaniel St. Clair, II*
                                                         Nathaniel St. Clair, II

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system and by email.

                                                         */s/ Nathaniel St. Clair, II*
                                                         Nathaniel St. Clair, II