UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | § <br> § <br> § Civil Action No. 7:25-CV-00347-DC <br> § <br> § <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ATTORNEY**

Having considered Defendant's Unopposed Motion to Withdraw Katharine Lee Carmona as Attorney for Defendant Google LLC, IT IS HEREBY ORDERED that said Motion is GRANTED.

Katharine Lee Carmona is thus hereby withdrawn as counsel of record in this case, and the clerk is directed to terminate ECF notices to Katharine Lee Carmona.

SIGNED this day____ of _____, 2025.

                                                                                                 _____
                                                                                                  DEREK T. GILLILAND
                                                                                                  UNITED STATES MAGISTRATE JUDGE