IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **VIRTAMOVE, CORP.,** § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 7:25-CV-00347-DC-DTG |
| v. § | |
| § | |
| **GOOGLE LLC,** § | |
| § | |
| Defendant, § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (DKT. NO. 12)

Before the Court is the defendant, Google LLC's unopposed motion to withdraw Katharine Lee Carmona as counsel of record for the defendant (Dkt. No. 12). Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that Katharine Lee Carmona has withdrawn as counsel of record for the defendant.

The clerk of the Court is **INSTRUCTED** to amend the docket to reflect that Ms. Carmona has withdrawn as counsel for the defendant and no longer needs to be noticed for any pleadings, motions, or other documents filed or served in this case.

**SIGNED** this 20th day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE