# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 7:25-cv-00347-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

## ORDER DENYING GOOGLE'S MOTION TO DISMISS COMPLAINT

Before the Court is Google's Motion to Dismiss the Complaint. Having considered Google's motion, the related briefing, and the evidence of record, the Court is of the opinion that the motion should be denied in its entirety.

**IT IS HEREBY ORDERED** that Google's Motion to Dismiss the Complaint is **DENIED WITH PREJUDICE**.