UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § § § | |
| Plaintiff, | § § | Civil Action No. 7:25-CV-00347-DC-DTG |
| v. | § § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO GOOGLE'S MOTION TO DISMISS COMPLAINT**

Defendant Google LLC ("Google") respectfully moves this Court to extend the due date for its reply to plaintiff VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Complaint ("Opposition") to November 17, 2025. Counsel for Google has conferred with Plaintiff's counsel, and there is no opposition to this Motion.

Google filed its Motion to Dismiss on October 20, 2025. Plaintiff filed its Opposition to Google's Motion to Dismiss on November 3, 2025. Therefore, at present, Google's reply in support of its Motion is due November 10, 2025.

Google respectfully requests that the deadline for filing its reply in support of its Motion be extended by seven (7) days to November 17, 2025. Defendant has good cause to make this request because it needs additional time to investigate and evaluate Plaintiff's Response, in order to finalize its Reply brief.

This extension is not sought for purposes of delay or in bad faith.

47496076v.1

Date: November 5, 2025					Respectfully submitted,

							JACKSON WALKER L.L.P.

							*s/ Nathaniel St. Clair, II*
							Nathaniel St. Clair, II
							Texas State Bar No. 24071564
							nstclair@jw.com
							2323 Ross Avenue, Suite 600
							Dallas, Texas 75201
							(214) 953-6000
							(214) 953-5822 (facsimile)

							*Counsel for Defendant Google LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that Hogan Lovells counsel conferred by electronic mail with opposing counsel on November 4, 2025, concerning this Motion, to which opposing counsel responded that Plaintiff was not opposed to the request for additional time.

							*/s/ Nathaniel St. Clair, II*
							Nathaniel St. Clair, II

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, a true and correct copy of Defendant's Unopposed Motion for Extension of Time to Reply to Plaintiff VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Complaint was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

							*/s/ Nathaniel St. Clair, II*
							Nathaniel St. Clair, II