UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § § § | |
| Plaintiff, | § § | Civil Action No. 7:25-CV-00347-DC-DTG |
| v. | § § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO GOOGLE'S MOTION TO DISMISS COMPLAINT**

Before the Court is defendant Google LLC's Unopposed Motion for Extension of Time to reply to plaintiff VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Complaint. Having reviewed the Motion, the Court is of the opinion that the Motion is well taken and should be granted. Accordingly,

IT IS ORDERED that defendant Google LLC's Unopposed Motion for Extension of Time to reply to plaintiff VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Complaint is GRANTED.

IT IS FURTHER ORDERED that defendant Google LLC shall have up to and including November 17, 2025, to reply to plaintiff VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Complaint.

SIGNED this _____ day of _____, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE