IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00347-DC-DTG |
| **GOOGLE LLC,** | § | |
| *Defendant,* | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE REPLY (DKT. NO. 16)

Before the Court is the defendant, Google LLC's unopposed first motion for an extension of time to reply to plaintiff, VirtaMove, Corp.'s opposition to Google's motion to dismiss (Dkt. No. 16). The defendant requests a seven (7) day extension of time to file its reply in support of its motion to dismiss (Dkt. No. 14). Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant, Google LLC, shall respond to defendant's motion to dismiss on or before November 17, 2025.

**SIGNED** this 7th day of November, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE