# EXHIBIT A

Continued from page 71

The PC2B costs $255; a PC2B upgrade kit for the PC2 card costs $110.

Iomega, 1821 W. 4000 South, Roy, Utah 84067.

■

**Compressit**, an IBM Personal Computer, Personal Computer XT and AT add-on board that reduces the space needed to store bit-mapped images has bowed from **Chorus Data Systems, Inc.**

The Compressit board removes redundant information and encodes the data. It requires a single slot in the expansion bus.

The Compressit add-on board is priced at $995.

Chorus Data Systems, P.O. Box 370, 6 Continental Blvd., Merrimack, N.H. 03054.

■

The **AMI PC-AT Multi-User board** for connecting up to eight serial devices to IBM Personal Computer XTs, ATs and compatibles is offered by **American Micronics, Inc.** (AMI).

The board consists of a bus interface, address decode, interrupt timing and decode, eight RS-232 serial ports and standard COM 1 and COM 2 support. It supports all control lines necessary to drive most asynchronous terminals, printers and modems.

Prices are $375 for four-user and $575 for eight-user models.

AMI, Suite H, 17811 Skypark Circle, Irvine, Calif. 92714.

■

The **COM-232/COM-422**, an add-on board that enables serial data I/O through an additional resident port or COM1/COM2 serial ports with no communications programming, has bowed from **Aedex Corp.**

It permits serial I/O from compiled applications or commercial packages such as Ashton-Tate's Dbase II and Lotus Development Corp. 1-2-3.

Users can send and receive data through up to three serial ports on an IBM Personal Computer, Personal Computer XT, AT and compatibles.

The board and firmware list for $450.

Aedex, Suite C, 181 West Orangethorpe, Placentia, Calif. 92670.

### Auxiliary equipment

**Inmac Corp.** has introduced the **Keypatch**, a product that locks the IBM Personal Computer keyboard in Num-Lock and transfers cursor functions to itself.

Keypatch rids errors and wasted time caused by switching between functions. It plugs into the keyboard cable and needs no software.

The Keypatch is priced at $84.95.

Inmac, 2465 Augustine Drive, Santa Clara, Calif. 95054.

■

**Computer Products, Inc.** has introduced the **Micro-40 series** of off-line switching power supplies.

The series features single output models of 5, 12, 15 and 24 Vdc. All models feature an on-board input filter, input fuse and input voltage select. All outputs are overload protected.

In quantities of 100 it costs $75.04.

Computer Products, 2220 Lundy Ave., San Jose, Calif. 95131.

■

**Data General Corp.** has enhanced its **On-line Information Service** (OIS), which provides videotex information and support for users of Data General Desktop Generation and Data General/One systems.

The new OIS uses the Compuserve network and features a simplified menu listing separate data bases for the two systems. Users may access OIS via a variety of local telephone numbers including McDonnell Douglas Network Systems, Inc.'s Tymnet and GTE Telenet Communications Corp.'s Telenet.

OIS offers regularly updated downline load software patches; techniques for applications; pricing information; DG Talk, a user bulletin board; and technical information.

OIS usage is based on an hourly fee schedule. Introduction Menu is free of charge; General Information costs $25; Support Information costs $35; and Maintenance Information costs $45.

DG, 4400 Computer Drive, Westboro, Mass. 01580.

### COMMUNICATIONS

#### Multiplexers/modems

**Communications Plus, Inc.** has announced its **Firecom** modem accelerator.

Firecom is used on remote synchronous modems allowing users of IBM's Systems Network Architecture/Synchronous Data Link Control protocol to reduce the data streams and increase the number of terminals on a link. It works with 2,400, 4.8K or 9.6K bit/sec. synchronous modems on a point-to-point, multipoint or switched communications.

Firecom is priced at $975.

Communications Plus, Suite 250, 3300 Holcomb Bridge Road, Norcross, Ga. 30092.

■

**Codex Corp.** has announced the **Codex 2122**, a synchronous, limited-distance service unit for point-to-point, multipoint and tail circuit applications.

The 2122 supports four-wire, full or half-duplex and two-wire half-duplex configurations. It operates at user-selectable rates of 40K, 48K, 56K and 64K bit/sec. Other features

---



# "RM/COBOL's portability has allowed RealWorld to address the micro accounting market with one product line."

*David Gale,*
*Founder and CEO of RealWorld Corp.,*
*on the advantages of RM/COBOL.*

There are two ways to develop software.

One is to have a separate development effort for every different machine on the market. Which becomes geometrically more painful with every new machine.

The other is to do what David Gale and a host of other smart software developers are doing.

Use Ryan-McFarland's COBOL.

With RM/COBOL,™ you write your application once. And let our runtime software take care of running it on over 200 different micros, including the IBM® family of PCs.

You can even run your new application on many mainframes and minis. But no matter what the target machine, you can still do every bit of your development on an IBM PC. We even have a cross-compiler to port your code to an IBM System/36.™

Now, you'd think using the runtime software you'd sacrifice some speed. In fact, the resulting code is so elegant, so compact, your applications will actually run *faster* than if you had used the PC COBOL you may be using now.

As for supporting enhancements later on, our machine-independent approach lets you make a one-time change in the source code and our runtimes do the rest. So not only do your applications run like the wind, your development effort does, too. And no matter which way the wind blows, you'll still have broad-based market potential.

Even LANs, like IBM's PC™ Network, Netware,™ 10-Net,™ and ViaNet™ are covered because RM/COBOL is available for them, too. As well as for UNIX,™ Xenix,™ and other popular multiuser operating systems.

What's more, there's a free directory of programming tools, like code generators, report writers, and screen formatters. Along with listings of more than 1500 general business and vertical applications from important companies like RealWorld.™ It's the most extensive of its kind and it's yours for the asking.

For your copy, along with more information about the world's most portable COBOL, contact us at 609 Deep Valley Drive, Rolling Hills Estates, CA 90274. Or call (213) 541-4828.

Because for software that runs everywhere, there's only one place to go.



**RYAN-McFARLAND**
Systems Software for the Professional