# EXHIBIT B

# Kubernetes Documentation

Kubernetes is an open source container orchestration engine for automating deployment, scaling, and management of containerized applications. The open source project is hosted by the Cloud Native Computing Foundation ([CNCF](#)).

## Understand Kubernetes

Learn about Kubernetes and its fundamental concepts.

[Why Kubernetes?](#)
[Components of a cluster](#)
[The Kubernetes API](#)
[Objects In Kubernetes](#)
[Containers](#)
[Workloads and Pods](#)

View Concepts

## Try Kubernetes

Follow tutorials to learn how to deploy applications in Kubernetes.

[Hello Minikube](#)
[Walkthrough the basics](#)
[Stateless Example: PHP Guestbook with Redis](#)
[Stateful Example: Wordpress with Persistent Volumes](#)

View Tutorials

## Set up a K8s cluster

Get Kubernetes running based on your resources and needs.

[Learning environment](#)
[Production environment](#)
[Install the kubeadm setup tool](#)
[Metrics](#)
[Logs](#)
[Traces](#)
[Securing a cluster](#)
[kubeadm command reference](#)

Set up Kubernetes

## Learn how to use Kubernetes

Look up common tasks and how to perform them using a short sequence of steps.

[kubectl Quick Reference](#)
[Install kubectl](#)
[Configure access to clusters](#)
[Use the Web UI Dashboard](#)
[Configure a Pod to Use a ConfigMap](#)
[Getting help](#)

View Tasks

## Look up reference information

Browse terminology, command line syntax, API resource types, and setup tool documentation.

[Glossary](#)
[kubectl command line tool](#)
[Labels, annotations and taints](#)
[Kubernetes API reference](#)
[Overview of API](#)
[Feature Gates](#)

View Reference

## Contribute to Kubernetes

Find out how you can help make Kubernetes better.

[Contribute to Kubernetes](#)
[Contribute to documentation](#)
[Suggest content improvements](#)
[Opening a pull request](#)
[Documenting a feature for a release](#)
[Localizing the docs](#)
[Participating in SIG Docs](#)
[Viewing Site Analytics](#)

See Ways to Contribute

## Training

Get certified in Kubernetes and make your cloud native projects successful!

View training

## Download Kubernetes

Install Kubernetes or upgrade to the newest version.

Download Kubernetes

## About the documentation

This website contains documentation for the current and previous 4 versions of Kubernetes.

See available versions

Last modified August 07, 2025 at 9:34 PM PST: [Prepare docs home page for Docsy (710d15e99b)](#)