IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § § § | |
| v. | § | CASE NO. 7:25-CV-00347-DC-DTG |
| **GOOGLE LLC,** | § § § | |
| *Defendant,* | § | |

### ORDER GRANTING MOTION TO TRANSFER (DKT. NO. 20)

Before the Court is the parties' joint motion for transfer to the Northern District of California pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 20). The parties represent to the Court that transfer will allow greater efficiency in managing two pending cases between the same parties. Having considered the motion, the applicable law, and the relevant facts, the Court **GRANTS** the motion.

It is therefore **ORDERED** that the Clerk of Court is respectfully directed to transfer Case No. 7:25-CV-00347-DC-DTG to the Northern District of California, without delay.

**SIGNED** this 20th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE